

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of X.S., a Juvenile

No. 06-22-00038-CV

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 5105-J). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the juvenile court's order of transfer to criminal court and remand the matter to the juvenile court for further proceedings consistent with this opinion.

We further order that the appellee pay all costs of this appeal.

RENDERED SEPTEMBER 2, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk